IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RACHEL LEE PADGETT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )     CV 121-034 |
| | )        (Formerly CR 115-107) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

_____

**O R D E R**
_____

On June 7, 2021, the Court granted the parties' motions to seal and ordered them to file their respective exhibits on the docket within one week. (Doc. no. 13.) Because the exhibits are already filed on the docket under seal, no further action is required by the parties.

SO ORDERED this 11th day of June, 2021, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA