IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RACHEL LEE PADGETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 121-034 |
| ) | (Formerly CR 115-107) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the amended § 2255 motion as to Petitioner's claim in Ground 3(a) for ineffective assistance of counsel at sentencing, **DISMISSES** without prejudice the amended § 2255 motion as to all other claims, and **DENIES AS MOOT** the motion for an evidentiary hearing, (doc. no. 3).

The Court **REASSIGNS** the case to United States District Judge Dudley H. Bowen for resentencing and final disposition. See, e.g., United States v. Perez, 520 F. App'x 923, 923 (11th Cir. 2013) (explaining best practice is to reassign when resentencing.) The Court continues the appointment of Amy Levin Weil to represent Petitioner in the criminal case through final judgment and any appeal.

Upon the foregoing, the Court **CLOSES** this civil action and **DIRECTS** the Clerk to enter an appropriate final judgment in this civil case.

SO ORDERED this 18th day of October, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA