AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RACHEL LEE PADGETT,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 121-034 (Formerly CR 115-107)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to the Order of the Court dated October 18, 2021, the Magistrate Judge's Report and Recommendation is adopted as its opinion. Therefore, the amended § 2255 motion as to Petitioner's claim in Ground 3(a) is granted for ineffective assistance of counsel at sentencing, dismissing without prejudice the amended § 2255 motion as to all other claims. The Court reassigns this case United States District Judge Dudley H. Bowen for resentencing and final disposition. Judgment is hereby entered, and this civil case stands closed.



October 18, 2021                                                  John E. Triplett, Clerk of Court
*Date*                                                                     *Clerk*

                                                                                                  *(By) Deputy Clerk*